UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches, Marjil Lee Bergara, Steven Donewan Carr,
Plaintiffs

v.

Jeffrey Lynn Spruill,
Defendant

<u>Class Action Suit / Temporary Restraining Order</u>

Plaintiffs seek a restraining order preventing Spruill from Transferring to FCI Williamsburg to harm Plaintiffs. Defendant is in Maximum Security and his custody level is now a medium. He put in for a transfer to FCI Williamsburg. Plaintiffs are so scared of Defendant. Defendant has a history of violence.

Respectfully [signature]

Riches v. Spruill    Doc. 1

Dockets.Justia.com